IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

CHARLES EDWARD BROWN,    )
#204 318,    )
    )
    Plaintiff,    )
    )
    v.    )  CASE NO. 1:19-CV-363-WHA-CSC
    )
JAMES BRADLEY,    )
    )
    Defendant.    )

## **O R D E R**

This case is before the Court on a Recommendation of the Magistrate Judge entered on February 1, 2022. Doc. 45. There being no timely objections filed to the Recommendation, and after an independent review of the file, the Recommendation is ADOPTED, and it is hereby

ORDERED that this case is DISMISSED without prejudice.

Final Judgment will be entered separately.

Done, this 23rd day of February 2022.

      /s/  W. Harold Albritton
      W. HAROLD ALBRITTON
      SENIOR UNITED STATES DISTRICT JUDGE